

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00076-CV

Kent **HAMILTON**, DDS,
Appellant

v.

Jason **GRAY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI08942
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant, Kent Hamilton.

SIGNED April 16, 2025.

_____
Lori Massey Brissette, Justice